■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LLOYD P. DODGE et al., Appellants.— Motion by appellants to dispense with printing, granted. The appeal will be heard on the original papers and original exhibits (including the typed minutes) and on appellants' typewritten briefs. The appellants are directed to file six copies of their brief or briefs and to serve one copy on the Attorney-General. Motion to enlarge time to perfect appeal granted; appellants' time enlarged to the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. Appellants' briefs shall be filed and served on or before November 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ FRANK SINDONI, as Administrator of the Estate of NUNZIO SINDONI, Deceased, Respondent, v. ARTHUR WERNER, Appellant.— Motion by appellant for a stay pending appeal, granted on condition that appellant perfect the appeal, and be ready to argue or submit it at the January 1961 Term. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

## (October 24, 1960)

■ FRANK D. BENICASA, Respondent, v. SYLVIA JACOBS, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered on the calendar for said term. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ SOPHIE BERTINI, Respondent, v. ALBERT BERTINI, Appellant.— Motion to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on typewritten briefs. The parties are directed to file five copies of their respective briefs and to serve one copy on each other. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ROBERT BRAMAN, Respondent, v. DOUBLE-M CONSTRUCTION COMPANY, Appellant.— Motion by appellant for a stay of all proceedings, pending appeal, granted on condition that appellant perfect the appeal and be ready to argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on for said term. The record and appellant's brief must be served and filed on or before November 14, 1960. Beldock, Acting P. J., Kleinfeld, Christ and Pette, JJ., concur; Ughetta, J., not voting.

■ (A) MAX FASS, Appellant, v. BERNARD GREENBAUM, Individually and Doing Business under the Name of B & G TRAILER COMPANY, Respondent. (B) MADELEINE GIOLITO, Respondent, v. FLORIDA WATKINS, Appellant. (C) HERBERT L. TAUB, an Infant, by ABRAHAM TAUB, His Guardian ad Litem, et al., Appellants, v. ANNA BOWMAN et al., Respondents.— [In each action] Motion to dismiss appeal granted by default, with $10 costs, and appeal dismissed. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.